UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Xing Xing Lin,

                Plaintiff(s),

                v.

John E. Potter, Postmaster General, United States Postal Service,

                Defendant(s).

CASE NO. CV 10-3757 LB

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓     other requested deadline  90 days from the time Defendant answers, if required

Dated: 1/7/2011                                /s/ Michael H. Kim
                                                                 Attorney for Plaintiff

Dated: January 7, 2011                      /s/ Thomas Green
                                                                 Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓    Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓    other   90 days from Defendant's Answer, if required

IT IS SO ORDERED.

Dated: January 7, 2010

UNITED STATES DISTRICT JUDGE



GRANTED
Judge Laurel Beeler