1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone:      (415) 436-7181
6     Facsimile:      (415) 436-6748
      victoria.carradero@usdoj.gov
7
   Attorneys for Federal Defendant
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                             OAKLAND DIVISION
11

12  XING XING LIN,                      )     No. CV 10 3757 LB
                                        )
13         Plaintiff,                   )     **STIPULATION AND [~~PROPOSED~~]**
                                        )     **ORDER CONTINUING DUE DATE**
14     v.                               )     **FOR DEFENDANT'S RESPONSE TO**
                                        )     **PLAINTIFF'S FIRST AMENDED**
15  JOHN E. POTTER, POSTMASTER          )     **COMPLAINT**
    GENERAL, UNITED STATES POSTAL       )
16  SERVICE,                            )
                                        )
17         Defendant.                   )
                                        )
18                                      )
    _____ )
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB

1    Plaintiff Xing Xing Lin ("Plaintiff") and Defendant John E. Potter, Postmaster General,

2  United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby

3  stipulate as follows:

4    WHEREAS, pursuant to the Court's order of January 22, 2011 (Docket Entry No. 27),

5  Plaintiff filed an Amended Complaint on February 8, 2011.

6    WHEREAS, Defendant's response to the Amended Complaint is currently due on February

7  22, 2011.

8    WHEREAS, the parties have agreed to continue the due date for Defendant's response until

9  March 8, 2011.

10    WHEREAS, this continuation will have no effect on any date of any event or any deadline

11  already fixed by Court order, as no dates have been set and no scheduling order has been issued

12  in this matter.

13    ACCORDINGLY, the parties agree and request that the Court continue the due date for

14  Defendant's response to the Amended Complaint until March 8, 2011.

15

**IT IS SO STIPULATED**

16
DATED: February 15, 2011                          LAW FIRM OF MICHAEL H. KIM
17
                                                  _____/s/_____
18                                                Michael H. Kim
                                                  Attorneys for Plaintiff
19

20  DATED: February 15, 2011                       MELINDA HAAG
                                                  United States Attorney
21
                                                  _____/s/_____
22                                                Victoria R. Carradero
                                                  Assistant United States Attorney
23                                                Attorneys for Federal Defendant

24
//
25  //
    //
26  //
    //
27  //
    //
28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB                                2

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2        The deadline for Defendant to respond to Plaintiff's Amended Complaint is continued from

3    February 22, 2011 until March 8, 2011.

4

5    DATED:  February 18, 2011

6    

7    The Honorable Laurel Beeler

8    United States Magistrate Judge

9    Judge Laurel Beeler

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB                                          3