MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7181
    Facsimile:    (415) 436-6748
    victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XING XING LIN, | No. CV 10 3757 LB |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|     v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
|     Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB

1  Plaintiff Xing Xing Lin ("Plaintiff") and Defendant John E. Potter, Postmaster General,
2  United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby
3  stipulate as follows:
4  WHEREAS, pursuant to the Court's order of January 22, 2011 (Docket Entry No. 27),
5  Plaintiff filed an Amended Complaint on February 8, 2011.
6  WHEREAS, Defendant's response to the Amended Complaint is currently due on March 8,
7  2011.
8  WHEREAS, due to the illness of counsel, the parties have agreed to continue the due date for
9  Defendant's response until March 17, 2011.
10  WHEREAS, this continuation will have no effect on any date of any event or any deadline
11  already fixed by Court order, as no dates have been set and no scheduling order has been issued
12  in this matter.
13  ACCORDINGLY, the parties agree and request that the Court continue the due date for
14  Defendant's response to the Amended Complaint until March 17, 2011.

**IT IS SO STIPULATED**

DATED: March 7, 2011                    LAW FIRM OF MICHAEL H. KIM

                                        _____/s/_____
                                        Michael H. Kim
                                        Attorneys for Plaintiff


DATED: March 7, 2011                    MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        Victoria R. Carradero
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB                               2

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 The deadline for Defendant to respond to Plaintiff's Amended Complaint is continued from
3 March 8, 2011 until March 17, 2011.

5 DATED: March 9, 2011



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT
CV 10 3757 LB                      3