1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XING XING LIN,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. CV 10-3757 LB<br><br>[~~PROPOSED~~] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS |

The parties have submitted a Stipulated Request to Remove Exhibits (Docket No. [30]), filed by Plaintiff on February 8, 2011 from the CM/ECF system and case file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Court ORDERS that Exhibits D, J, and K **(Docket No. [30])** filed by Plaintiff on February 8, 2011 be removed from the CM/ECF system and case file so that the Exhibits may be re-filed with Plaintiff's personal information redacted from them pursuant to the redaction rules.

The Court ORDERS that Declaration of MARLENE YACAP **(Docket No. [10])** in Support of MOTION to Dismiss *PLAINTIFF'S COMPLAINT AND STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES* filed by Defendant on

1  November 30, 2010 be removed from the CM/ECF system and case file so that the
2  Declaration (along with properly redacted Exhibits) may be re-filed with Plaintiff's
3  personal information redacted pursuant to the redaction rules

Dated: April 1, 2011                    _____
                                         The Honorable Laurel Beeler
                                         United States Magistrate Judge



Case No. CV 10-3757 LB
[PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS