MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7181
    Facsimile:    (415) 436-6748
    victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XING XING LIN, | No. CV 10 3757 LB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT** |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT TO FILE
ANSWER TO COMPLAINT
CV 10 3757 LB

1  Plaintiff Xing Xing Lin ("Plaintiff") and Defendant John E. Potter, Postmaster General,
2  United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby
3  stipulate as follows:
4  WHEREAS, pursuant to the Court's order of April 21, 2011 (Docket Entry No. 46), Plaintiff
5  filed a Second Amended Complaint on May 23, 2011.
6  WHEREAS, Defendant's response to the Second Amended Complaint is currently due on
7  June 6, 2011.
8  WHEREAS, Defendant intends to Answer the Second Amended Complaint, but, due to other
9  matters, has requested a short extension.
10  WHEREAS, the parties have agreed to continue the due date for Defendant to file an Answer
11  until June 20, 2011.
12  WHEREAS, this continuation will have no effect on any date of any event or any deadline
13  already fixed by Court order, as no dates have been set and no scheduling order has been issued
14  in this matter.
15  ACCORDINGLY, the parties agree and request that the Court continue the due date for
16  Defendant to file an Answer to June 20, 2011.

**IT IS SO STIPULATED**

DATED: June 3, 2011                     LAW FIRM OF MICHAEL H. KIM

                                        _____/s/_____
                                        Michael H. Kim
                                        Attorneys for Plaintiff


DATED: June 3, 2011                     MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        Victoria R. Carradero
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant

//
//
//

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT TO FILE
ANSWER TO COMPLAINT
CV 10 3757 LB                           2

1  //
2  //
   //
3  //
4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5  The deadline for Defendant to file and Answer to Plaintiff's Second Amended Complaint is
6  continued from June 6, 2011 until June 20, 2011.

7
8  DATED:   June 6, 2011



_____
The Honorable Laurel Beeler
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT
CV 10 3757 LB                                    3