MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7181
    Facsimile:    (415) 436-6748
    victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XING XING LIN, ) | No. CV 10 3757 LB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING DEADLINE** |
| v. ) | **FOR THE PARTIES TO COMPLETE** |
| ) | **MEDIATION** |
| PATRICK R. DONOHUE, POSTMASTER ) | |
| GENERAL, UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

1   Plaintiff Xing Xing Lin ("Plaintiff") and Defendant Patrick R. Donohue, Postmaster General,
2   United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby
3   stipulate as follows:

4   WHEREAS, on July 21, 2011, the Court ordered the parties to mediation. Docket No. 52.

5   WHEREAS, the parties were recently notified that the deadline for the parties to complete
6   mediation is September 19, 2011.

7   WHEREAS, due to the schedules and unavailability of counsel for both parties, the parties
8   are unable to complete mediation by September 19, 2011.

9   ACCORDINGLY, the parties agree and request that the Court continue the deadline for the
10  parties to complete mediation from September 19, 2011 until November 30, 2011. This brief
11  continuation will have no effect on any date of any event or any deadline already fixed by Court
12  order, as a scheduling order has not yet been issued in this matter.

**IT IS SO STIPULATED**

DATED: August 15, 2011                        LAW FIRM OF MICHAEL H. KIM

                                              _____/s/_____
                                              Michael H. Kim
                                              Attorneys for Plaintiff


DATED: August 15, 2011                        MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              Victoria R. Carradero
                                              Assistant United States Attorney
                                              Attorneys for Federal Defendant

//
//
//
//
//
//
//

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO COMPLETE
MEDIATION
CV 10 3757 LB                    2

1 | The deadline for the parties to complete mediation is continued from September 19, 2011
2 | until November 30, 2011.

3

4 | DATED: August 22, 2011

5 | _____
   | The Honorable Laurel Beeler
6 | United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION
CV 10 3757 LB                                     3