MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone:   (415) 436-7181
   Facsimile:   (415) 436-6748
   victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XING XING LIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. CV 10 3757 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT** |

1   Plaintiff Xing Xing Lin ("Plaintiff") and Defendant John E. Potter, Postmaster General,
2   United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby
3   stipulate as follows:
4   WHEREAS, the date of the Case Management Conference scheduled for September 8, 2011
5   be continued to October 27, 2011.
6   WHEREAS, the due date of the Joint Case Management Conference Statement be continued
7   from September 1, 2011 to October 20, 2011.
8   WHEREAS, this continuation will have no effect on any date of any event or any deadline
9   already fixed by Court order.
10  ACCORDINGLY, the parties agree and request that the Court continue the dates for the Case
11  Management Conference to October 27, 2011 and the Joint Case Management Conference
12  Statement to October 20, 2011.

**IT IS SO STIPULATED**

DATED: August 31, 2011                      LAW FIRM OF MICHAEL H. KIM

                                            _____/s/_____
                                            Michael H. Kim
                                            Attorneys for Plaintiff


DATED: August 31, 2011                      MELINDA HAAG
                                            United States Attorney

                                            _____/s/_____
                                            Victoria R. Carradero
                                            Assistant United States Attorney
                                            Attorneys for Federal Defendant

//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT
CV 10 3757 LB                                2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 31, 2011

_____
The Honorable Laurel Beeler
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT
CV 10 3757 LB                                              3